## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN BOINSKE,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. _____** |
| **v.** | § § | |
| **BANK OF AMERICA, N.A.,** | § § § | **Removed from Monroe Court of Common Pleas No. 006641-CV-2025** |
| **Defendant.** | § | |

### DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Bank of America, N.A. ("BANA") removes the above-captioned civil action currently pending in the Court of Common Pleas of Monroe County, Pennsylvania, as Case No. 006641-CV-2025 ("State Court Action"), to the United States District Court for the Middle District of Pennsylvania.  In support of its Notice of Removal, BANA further states as follows:

### I.    STATEMENT OF THE CASE

1.    On October 15, 2025, Plaintiff Glenn Boinske ("Plaintiff") filed Plaintiff's *Writ of Summons* in the State Court Action.[1]  The Plaintiff then filed his Complaint on May 12, 2026 (the "Complaint").  The allegations in Plaintiff's Complaint relate to purported violations of the Truth in Lending Act, 15 U.S.C. §

---

[1] *See State Court Docket*, attached as Exhibit A hereto.

1601 *et seq.* ("TILA"), the Fair Credit Billing Act, 15 U.S.C. § 1666 *et seq.* ("FCBA"), and the corresponding Federal Regulation 12 C.F.R. § 1026.12, relating to Plaintiff's BANA account ending in 4312 ("Account").[2] In the Complaint, Plaintiff alleges that BANA held Plaintiff accountable for alleged fraudulent transactions on the Account and failed to timely acknowledge and respond to alleged notices of billing errors.[3]

## II.    TIMELINESS OF REMOVAL

2.    BANA was served with Plaintiff's Complaint on or about May 18, 2026.[4]  Therefore, this Notice of Removal is timely as thirty (30) days have not expired since the date of service.

## III.    VENUE

3.    Venue for this Notice of Removal is proper in the United States District Court for the Middle District of Pennsylvania, because this district includes Monroe County, Pennsylvania—the location of the pending State Court Action.[5]

## IV.    BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C.

---

[2] *See Complaint*, attached as Exhibit B hereto, ¶1.
[3] *See id.* ¶¶ 13-40.
[4]  *See* Affidavit of Service, attached as Exhibit B hereto.
[5] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(2).

§ 1331 because Plaintiff alleges a claim arising under the laws of the United States. Under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Because Plaintiff alleges claims under TILA, the FCBA and 12 C.F.R. § 1026.12, this Court has federal question jurisdiction.

## V.  **THE PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED**

5.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served in the State Court Action, is attached hereto as **Exhibit B**.

6.  28 U.S.C. § 1446(b)(2)(a) is not relevant in this action as BANA is the sole defendant in the action.

7.  Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, BANA is providing Plaintiff with written notice of removal and a copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Monroe County, Pennsylvania.

## VI.  **CONCLUSION**

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that this action be removed from the Court of Common Pleas of Monroe County, Pennsylvania to the United States District Court for the Middle District of

Pennsylvania and that all future proceedings in this matter take place before this court.


Dated:  June 17, 2026

Respectfully submitted,

/s/ *Courtney S. Schorr*
Courtney S. Schorr
PA ID No. 317370
MCGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA  15222
Telephone: (412) 667-7947
Fax: (412) 667-7952
cschorr@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System.  I further certify that on June 17, 2026 I caused a true and correct copy of the foregoing document to be served via U.S. first-class, prepaid mail upon the following:

Brett M. Freeman
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436

*Attorney for Plaintiff*

/s/ *Courtney S. Schorr*
Courtney S. Schorr