# EXHIBIT

# A

# Case View 006641-CV-2025

## Details

| | |
|---|---|
| **Case Number** | 006641-CV-2025 |
| **Title** | Boinske v. Bank of America, N.A. |
| **Classification** | Civil - Miscellaneous - Civil Miscellaneous: Other |
| **Filed Date** | 10/15/2025 1:32 PM |
| **Case Status** | Active |
| **Status Date** | 10/15/2025 1:08 PM |
| **Court** | Monroe County District Court |
| **Quasi-Judicial Officer** | Civil |
| **Archive Location** | |

## Parties

| Role | Name | Aliases | Birth Date | Address | Status | Pro Se | Attorneys | Attorney Address |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | Boinske, Glenn | | | P.O. Box 848 Tobyhanna PA 18466 | Active | ☐ | Freeman, Brett | |
| Defendant | Bank of America, N.A. | | | Bank of America Corporate Center 100 North Tryon Street Charlotte NC 28255 | Active | ☑ | | |

2 Record(s)

## Docket Entries

| Filed Date | Submitted Date | Type | Subtype | Description | Submitted By | |
|---|---|---|---|---|---|---|
| 10/15/2025 | 10/15/2025 | Writ | Writ of Summons | Praecipe For Writ of Summons | | 📄 |
| 10/15/2025 | 10/15/2025 | Financials | Payment Received | Receipt #: 007153400 Payor: Mr. Brett Freeman, Amount: $132.50 | | 📄 |
| 05/12/2026 | 05/12/2026 | Complaint | Complaint | Complaint | | 📄 |
| 05/12/2026 | 05/12/2026 | Miscellaneous | Civil Cover Sheet | Civil Cover Sheet | | 📄 |
| 05/27/2026 | 05/27/2026 | Order | Order/Rule Returnable | Order/Rule Returnable - 236 Notice | Williamson, David J, Hon. | 📄 |
| 06/02/2026 | 06/02/2026 | Affidavit | Affidavit of Service | Affidavit of Service | Mr. Brett Freeman | 📄 |

6 Record(s)

## Hearings

| Hearing Date | Location | Hearing Type | Hearing Status | Assignment |
|---|---|---|---|---|
| 08/05/2026 2:00 PM | | Hearing | Scheduled | Williamson, David J, Hon. |

1 Record(s)

## Judgments

| Judgment Date | Disposition Type | Status | For Parties | Against Parties | Amount |
|---|---|---|---|---|---|
| No records were found. | | | | | |

## Assessments

| Assessment Date | Assessment Number | Name | Status | Due From | Assessed Amount |
|---|---|---|---|---|---|
| 10/15/2025 | 000936749 | Civil Miscellaneous: Other | Satisfied | Boinske, Glenn | $132.50 |

1 Record(s)

## Receipts

| Receipt Date | Receipt Number | Payor | Payment Methods | Status | Amount |
|---|---|---|---|---|---|
| 10/15/2025 | 007153400 | Freeman, Mr. Brett | Online Payment | Posted | $132.50 |

1 Record(s)

## Warrants

| Issued Date | Warrant Type | Warrant Status | Issued For | Returned Date |
|---|---|---|---|---|
| No records were found. | | | | |