**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENN BOINSKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL NO. 3:26-cv-01679-KM** |
| **v.** | § | |
| | § | **Removed from Monroe Court of** |
| **BANK OF AMERICA, N.A.,** | § | **Common Pleas No. 006641-CV-** |
| | § | **2025** |
| **Defendant.** | § | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES, Defendant, Bank of America, N.A. ("BANA"), and files this motion to extend its time to respond to the Complaint filed by Plaintiff Glenn Boinske ("Plaintiff"). In support of this Motion, BANA respectfully states as follows:

1. On October 15, 2025, Plaintiff initiated this action by filing a Writ of Summons in the Court of Common Pleas of Monroe County, Pennsylvania at case number 006641-CV-2025 ("State Court Action").

2. On May 12, 2026, Plaintiff filed his Complaint in the State Court Action and served BANA on May 18, 2026, making BANA's deadline to remove the action to federal court June 17, 2026.

3. On June 17, 2026, BANA timely filed a Notice of Removal with this Court. (Doc. 1.)

4.      BANA did not file a response to the Complaint prior to removing the State Court Action to this Court.

5.      Pursuant to Rule 81(c)(2), BANA's deadline to respond to the Complaint is June 24, 2026.

6.      BANA is seeking an extension of time until July 24, 2026 to file its responsive pleading.

7.      Good cause exists for an extension of the deadline because counsel for BANA needs additional time to review the case materials, investigate the claims in Plaintiff's Complaint, and prepare an appropriate response.

8.      This is BANA's first request for an extension of time to respond to the Complaint.

9.      On June 17, 2026, counsel for BANA conferred with counsel for Plaintiff regarding the relief requested in this motion and counsel for Plaintiff consented to the extension until July 24, 2026.

WHEREFORE, BANA respectfully requests that the Court enter an order extending the time for BANA to respond to Plaintiff's Complaint through and including **July 24, 2026.**


Dated:  June 24, 2026                              Respectfully submitted,


2

/s/ *Courtney S. Schorr*

Courtney S. Schorr
PA ID No. 317370
MCGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA  15222
Telephone: (412) 667-7947
Fax: (412) 667-7952
cschorr@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a true and correct copy of the foregoing *CONSENT MOTION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT* was electronically filed. I hereby further certify that a copy of this filing will be sent via U.S. Mail to Plaintiff's Counsel at the following address.

Brett M. Freeman
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436

*Attorney for Plaintiff*

/s/ *Courtney S. Schorr*
Courtney S. Schorr

4