## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLENN BOINSKE,                          §
                                        §
    Plaintiff,                          §
                                        §    **CIVIL NO. 3:26-cv-01679-KM**
v.                                      §
                                        §    **Removed from Monroe Court of**
BANK OF AMERICA, N.A.,                  §    **Common Pleas No. 006641-CV-**
                                        §                **2025**
    Defendant.                          §

## ORDER OF COURT

AND NOW, to wit, on the _25th_ day of _____June_____, 2026, upon consideration of Defendant Bank of America, N.A.'s ("BANA") Consent Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and BANA shall respond to Plaintiff's Complaint on or before **July 24, 2026**.


_Karoline Mehalchick_
HONORABLE KAROLINE MEHALCHICK