## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN BOINSKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL NO. 3:26-cv-01679-KM** |
| **v.** | § | |
| | § | **Removed from Monroe Court of** |
| **BANK OF AMERICA, N.A.,** | § | **Common Pleas No. 006641-CV-** |
| | § | **2025** |
| **Defendant.** | § | |

### ORDER OF COURT

AND NOW, to wit, on the _____ day of _____, 2026, upon consideration of Defendant Bank of America, N.A.'s ("BANA") Second Consent Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and BANA shall respond to Plaintiff's Complaint on or before **August 13, 2026**.

_____
HONORABLE KAROLINE MEHALCHICK