# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN BOINSKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL NO. 3:26-cv-01679-KM** |
| **v.** | § | |
| | § | **Removed from Monroe Court of** |
| **BANK OF AMERICA, N.A.,** | § | **Common Pleas No. 006641-CV-** |
| | § | **2025** |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within ninety (90) days.


August 7, 2026                                      Respectfully Submitted,


/s/ Brett M. Freeman                          /s/ Courtney S. Schorr
Brett M. Freeman, Esq.                        Courtney S. Schorr
PA ID No. 308834                              PA ID No. 317370
Freeman Law                                   MCGUIREWOODS LLP
606 Hamlin Highway, Suite 2                   260 Forbes Avenue, Suite 1800
Lake Ariel, PA 18436                          Pittsburgh, PA  15222
T: (570) 589-0010                             Telephone: (412) 667-7947
brett@freeman.law                             Fax: (412) 667-7952
                                              cschorr@mcguirewoods.com

*Attorney for Plaintiff Glenn Boinske*
* with permission                             *Counsel for Defendant Bank of*
                                              *America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, a true and correct copy of the foregoing *NOTICE OF SETTLEMENT* was electronically filed.  I hereby further certify that a copy of this filing will be sent via U.S. Mail to Plaintiff's Counsel at the following address.

Brett M. Freeman
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436

*Attorney for Plaintiff*

/s/ Courtney S. Schorr
Courtney S. Schorr